**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GEGORIO NICOLAS VASQUEZ,** | : | |
| Petitioner, | : | |
| | : | |
| v. | : | **Civ. No. 26-1704** |
| | : | |
| **JL JAMISON,** *et al.*, | : | |
| Respondents. | : | |
| | : | |

## O R D E R

**AND NOW**, this 19th day of March, 2026, it is hereby **ORDERED** that

Respondents **SHALL** respond to Petitioner's Motion for a Temporary Restraining

Order (Doc. No. 2) <u>**no later than**</u> **Monday, March 23rd, 2026, at 10:00 a.m.**

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.